### .4469.   DUKE *v.* THE STATE.

HILL, C. J.   The only assignment of error covered by the brief submitted in this case and relied upon by the plaintiff in error is that the court should have granted a new trial on the ground of alleged newly discovered testimony.   This alleged newly discovered testimony is impeaching in its character, and is not such as would probably produce a different result on a second trial.          *Judgment affirmed.*

DECIDED NOVEMBER 27, 1912.

Accusation of sale of liquor; from city court of Jackson—Judge Fletcher.   September 28, 1912.

*J. T. Moore,* for plaintiff in error.

*C. L. Redman, solicitor,* contra.